IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § | 1:08-CR-045-P |
| | § § | |
| FERNANDO GONZALEZ (1) | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation to which objections were filed de novo. The Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate in part. The Defendant is sentenced to the custody of the Bureau of Prisons for a term of 10 months with no additional term of Supervised Release.

SO ORDERED this 26th day of January, 2016.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE